E-FILED: 12-28-2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARVIN EUGENE JONES, | No. 2:11-cv-00471-PSG-FFM |
| Plaintiff, | [PROPOSED] JUDGMENT OF DISMISSAL |
| vs. | |
| TERRY MATSUMOTO (Chief Financial Services Officer of Los Angeles Metropolitan Transportation Agency) in his individual and official capacity, CHIP HAZEN (ADA Compliance Officer of Los Angeles Metropolitan Transportation Agency) in his individual and official capacity, and JOHN DOE. | |
| Defendants. | |

In the above entitled cause, an Order granting Defendants Terry Matsumoto and Chip Hazen's motion to dismiss Plaintiffs Second Amended Complaint with prejudice was entered by this Court on November 7, 2011.

NOW, THEREFORE, IT IS HEREBY ORDERED that judgment of dismissal with prejudice is entered.

Dated: December 28, 2011

_____
The Honorable Philip S. Gutierrez
Judge of the United States District Court

1

[PROPOSED] JUDGMENT OF DISMISSAL